Dismissed and Memorandum Opinion filed June 3, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00022-CV

____________

 

MICHAEL ALBERT PRATER, Appellant

 

V.

 

AMY DENISE PRATER, Appellee

 



 

On Appeal from the
311th District Court

Harris County,
Texas

Trial Court Cause
No. 2009-64750

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed December 11, 2009.  On May 25, 2010, appellant
filed a motion for non-suit, which we construe as a motion to dismiss the
appeal.  See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Yates and Boyce.